IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **CONSTELLATION IP, LLC** | § | |
| v. | § | |
| **(1) THE ALLSTATE CORPORATION;** | § | |
| **(2) ALLSTATE INSURANCE COMPANY;** | § | |
| **(3) ALLSTATE LIFE INSURANCE COMPANY;** | § | **CIVIL ACTION NO. 5:07-CV-132 (DF)** |
| **(4) CAPITAL ONE SERVICES, INC.;** | § | |
| **(5) CAPITAL ONE FINANCIAL CORP.;** | § | |
| **(6) CAPITAL ONE BANK CORP.;** | § | |
| **(7) CAPITAL ONE AUTO FINANCE, INC.;** | § | |
| **(8) CONTINENTAL AIRLINES, INC.;** | § | |
| **(9) HILTON HOSPITALITY, INC.;** | § | |
| **(10) HILTON HOTELS CORP.;** | § | |
| **(11) HAMPTON INNS, INC.;** | § | |
| **(12) DOUBLETREE HOTELS CORP.;** | § | |
| **(13) CONRAD HOTELS USA, INC.;** | § | |
| **(14) CONRAD HOSPITALITY, LLC;** | § | |
| **(15) CONRAD HOTELS WORLDWIDE, LLC;** | § | |
| **(16) BLOCKBUSTER INC.;** | § | |
| **(17) NETFLIX, INC.;** | § | |
| **(18) COUNTRYWIDE FINANCIAL CORP.;** | § | |
| **(19) COUNTRYWIDE HOME LOANS, INC.;** | § | |
| **(20) SOUTHWEST AIRLINES CO.;** | § | |
| **(21) E*TRADE FINANCIAL CORP.;** | § | |
| **(22) TD AMERITRADE HOLDING CORP.;** | § | |
| **(23) TD AMERITRADE INC.;** | § | |
| **(24) TD AMERITRADE IP COMPANY, INC.;** | § | |
| **(25) MATCH.COM LLC;** | § | |
| **(26) IAC/INTERACTIVECORP;** | § | |
| **(27) FIDELITY BROKERAGE SERVICES, LLC;** | § | |
| **(28) NATIONAL FINANCIAL SERVICES, LLC; and** | § | |
| **(29) FMR CORP.** | § | |

## ORDER

It is hereby **ORDERED** that the undersigned United States District Judge recuses from the above-referenced cause.

**SIGNED this 30th day of August, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE