IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CONSTELLATION IP, LLC<br><br>v.<br><br>THE ALLSTATE CORPORATION, et al. | No. 5-07-cv-00132-LED<br><br>JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff Constellation IP, LLC ("Constellation") and Defendants Fidelity Brokerage Services LLC, National Financial Services LLC, and FMR LLC (collectively "Fidelity"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action with regard to the claims of Constellation, in their entirety subject to the terms of the Settlement Agreement between Constellation and Fidelity WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 26, 2007

Respectfully submitted,

**FIDELITY BROKERAGE SERVICES LLC, NATIONAL FINANCIAL SERVICES LLC, and FMR LLC**

**CONSTELLATION IP, LLC**

By: /s/ Alan D. Smith
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, TX 75710
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

By: /s/ John J. Edmonds
David M. Pridham
R.I. Bar No. 6625
I.P. Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 234-0507
Facsimile: (903) 234-2519
E-mail: david@ipnav.com

| | |
|---|---|
| Alan D. Smith, BBO#629034<br>Elizabeth A. Brown, CA#193540<br>Whitney A. Fellberg, BBO#663599<br>Thomas H. Reger II, TX#24032992<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>617-542-5070 (Telephone)<br>617-542-8906 (Facsimile)<br><br>Attorneys for Defendants<br>FIDELITY BROKERAGE SERVICES LLC,<br>NATIONAL FINANCIAL SERVICES LLC,<br>and FMR LLC | John J. Edmonds<br>Texas Bar No. 00789758<br>THE EDMONDS LAW FIRM<br>709 Sabine Street<br>Houston, Texas 77007<br>Telephone: (713) 858-3320<br>Facsimile: (832) 767-3111<br>E-mail: johnedmonds@edmondslegal.com<br><br>ATTORNEYS FOR PLAINTIFF<br>CONSTELLATION IP, LLC |

**CERTIFICATE OF SERVICE**

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 26, 2007                          /s/ John J. Edmonds_____
                                                           John J. Edmonds