IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CONSTELLATION IP, LLC<br><br>    v.<br><br>THE ALLSTATE CORPORATION, et al. | No. 5-07-cv-00132-LED<br><br>JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between Plaintiff Constellation IP, LLC ("Constellation") and Defendants Fidelity Brokerage Services LLC, National Financial Services LLC, and FMR LLC (collectively "Fidelity") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Constellation and Fidelity are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims subject to the terms of the Settlement Agreement between Constellation and Fidelity.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 9th day of January, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**